```
DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159
```

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | No.: **08-04678-PCW7** |
|---|---|
| **CHRISTOPHER JOHN BRANDEN,** | Chapter **7** |
| Debtor. | **TENDER OF DIVIDENDS** |

TO: Clerk of the United States Bankruptcy Court

There is tendered herewith the sum of $1.53, being dividends of less than Five Dollars ($5.00), which is payable to the following creditor in the amount designated opposite the name:

| Name | Address | Amount |
|---|---|---|
| Valley Empire Collection | 11707 E. Montgomery<br>Spokane, WA 99206<br>PO Box 6305<br>The Lakes, NV 88901 | $1.53 |

This tender is made in accordance with the requirements of the Bankruptcy Code.

DATED this 12th day of October, 2010.

SOUTHWELL & O'ROURKE, P.S.

BY: /s/ Dan O'Rourke
DAN O'ROURKE, WSBA #4911

Tender-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159