DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No.: **08-04678-PCW7** |
| **CHRISTOPHER BRANDEN,** | Chapter **7** |
| Debtor. | **TENDER OF DIVIDENDS** |

TO:    Clerk of the United States Bankruptcy Court

There is tendered herewith the sums of $0.26, $0.18, and $0.10, being dividends of less

than Five Dollars ($5.00), which are payable to the following creditors in the amounts

designated opposite the name:

| Name | Address | Amount |
|---|---|---|
| Valley Empire Collection | 11707 E. Montgomery<br>Spokane, WA 99206 | $260.49 |
| Valley Empire Collection | 11707 E. Montgomery<br>Spokane, WA 99206 | $180.21 |
| Valley Empire Collection | 11707 E. Montgomery<br>Spokane, WA 99206 | $105.00 |

This tender is made in accordance with the requirements of the Bankruptcy Code.

DATED this 4th day of May, 2011.

SOUTHWELL & O'ROURKE, P.S.


BY:/s/ Dan O'Rourke_____
    DAN O'ROURKE, WSBA #4911

Tender-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159